**Joseph Michael GRIFFITH,**
**Plaintiff-Appellant,**

**v.**

**Captain Demitrius CLARK; Donald L. Whidbee; John Doe; Officer Reginald Russell; Sergeant Gail H. Boyd; Captain Tommy Castelloe; Lieutenant Michael Deloach, Defendants-Appellees.**

No. 15-7559

United States Court of Appeals, Fourth Circuit.

Submitted: February 23, 2017

Decided: February 27, 2017

Joseph Michael Griffith, Appellant Pro Se. Kari Russwurm Johnson, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Michael Griffith appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Griffith v. Clark, No. 5:11-ct-03209-FL, 2015 WL 5554627 (E.D.N.C. Sept. 21, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED